# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dales, Scott W. | U.S. Bankruptcy Cour, W.D. MI | 05/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief U.S. Bankruptcy Judge | ☐ Nomination Date    ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

US Bankruptcy Court, WD Mich
One Division, North Room 210
Grand Rapids, MI 49503

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Secretary | Chief Lake Property Owners Assn |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dales, Scott W. | 05/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Kalamazoo Community Foundation (Wages) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute (ABI) | 11/11/2019 | Troy, MI | Panelist at legal education seminar | Mileage/Hotel |
| 2. | Federal Bar Assocation (WD Mich) | July 26-28, 2019 | Thompsonville, MI | Panelist at legal education seminar | Mileage/Hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dales, Scott W. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Comcast Corp Class A Common | A | Dividend | J | T | | | | | |
| 2.   AT&T | A | Dividend | J | T | | | | | |
| 3.   Vodafone Group PLC | A | Dividend | J | T | | | | | |
| 4.   Verizon Communications Common Stock | A | Dividend | J | T | | | | | |
| 5.   CenturyLink, Inc. Common (fka Qwest Communications Int'll) | A | Dividend | J | T | | | | | |
| 6.   Frontier Communications Corp. | | None | J | T | | | | | |
| 7.   Trustco Bank Corp. NY Common (UTMA) | A | Dividend | J | T | | | | | |
| 8.   Met Life Policy Holders Trust | A | Dividend | J | T | | | | | |
| 9.   Principal Funds TOD (H) | | | | | | | | | |
| 10.   -SAM Flexible Income Portfolio (A) | C | Dividend | N | T | | | | | |
| 11. | | | | | Buy (add'l) | 10/29/19 | M | | |
| 12. | | | | | Buy (add'l) | 10/29/19 | J | | |
| 13. | | | | | Sold (part) | 03/07/19 | J | | |
| 14.   -Money Market (A) | B | Dividend | K | T | | | | | |
| 15. | | | | | Sold (part) | 10/29/19 | M | | |
| 16. | | | | | Sold (part) | 10/29/19 | J | | |
| 17. | | | | | Buy (add'l) | 10/28/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dales, Scott W. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 05/31/19 | M | | |
| 19. | | | | | Buy<br>(add'l) | 04/02/19 | J | | |
| 20. | | | | | Buy<br>(add'l) | 03/12/19 | K | | |
| 21. | | | | | Buy | 03/07/19 | J | | |
| 22. Kalamazoo Community Foundation 401(k) and 403(b) (JDD) (H) | A | Dividend | M | T | | | | | |
| 23. -T Rowe Price Retirement I 2030 I | A | Dividend | M | T | | | | | |
| 24. TIAA-CREF 403(b) Retirement Fund (JDD) | A | Dividend | K | T | | | | | |
| 25. American Funds - College Enrollment Fund-529A | B | Dividend | L | T | | | | | |
| 26. | | | | | Redeemed<br>(part) | 12/20/19 | K | | |
| 27. | | | | | Redeemed | 08/01/19 | J | | |
| 28. | | | | | Redeemed<br>(part) | 11/22/19 | J | | |
| 29. | | | | | Redeemed<br>(part) | 08/01/19 | K | | |
| 30. | | | | | Redeemed<br>(part) | 04/26/19 | J | | |
| 31. | | | | | Redeemed<br>(part) | 02/14/19 | J | | |
| 32. Principal Financial Group Variable Universal Life (SWD) (H) | | | | | | | | | |
| 33. -LifeTime 2030 (Life Insurance) | A | Dividend | K | T | | | | | |
| 34. Principal Financial Group Variable Universal Life (JDD) (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dales, Scott W.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | -LifeTime 2030 (Life Insurance) | A | Dividend | J | T | | | | | |
| 36. | CB&T IRA Beneficiary - American Funds TOD (H) | | | | | | | | | |
| 37. | -CB&T IRA Beneficiary - American Funds (Inherited - Douglas) | D | Dividend | M | T | | | | | |
| 38. | | | | | | Buy | 04/05/19 | J | | |
| 39. | | | | | | Buy | 04/05/19 | K | | |
| 40. | | | | | | Buy | 04/05/19 | K | | |
| 41. | | | | | | Buy | 04/05/19 | J | | |
| 42. | | | | | | Buy | 04/05/19 | K | | |
| 43. | | | | | | Buy | 04/05/19 | J | | |
| 44. | -CB&T IRA Beneficiary - American Funds (Inherited - RaeDene) | D | Dividend | M | T | | | | | |
| 45. | | | | | | Redeemed<br>(part) | 11/06/19 | J | | |
| 46. | | | | | | Buy | 03/21/19 | K | | |
| 47. | | | | | | Buy | 03/21/19 | K | | |
| 48. | | | | | | Buy | 03/21/19 | K | | |
| 49. | | | | | | Buy | 03/21/19 | K | | |
| 50. | | | | | | Buy | 03/21/19 | L | | |
| 51. | | | | | | Buy | 03/21/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dales, Scott W. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | | | | | |
| 53. Lake Michigan Federal Credit Union<br>(Deposit Accounts) | A | Interest | J | T | | | | | |
| 54. PNC Bank (Deposit Accounts) | A | Interest | J | T | | | | | |
| 55. Wells Fargo Clearing Services LLC<br>(Inherited) | A | Interest | | | | | | | |
| 56. Wells Fargo Clearing Services LLC<br>(Inherited) | A | Dividend | | | | | | | |
| 57. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dales, Scott W.** | 05/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 1-6: The stock interests in the "Baby Bells" and their successors are the product of a gift ⬛⬛⬛⬛⬛⬛⬛ These "Baby Bell" assets on Lines 1-6 are disclosed though below the reporting threshhold.

Part VII, lines 13 & 21: These two transactions represent the ititial funding of the Money Market (A) account via funds from my preexisting S A M Flexible Income Porfolio (A).

Part VII, line 22: The Kalamazoo Community Foundation retirement plan reported "gains" which I assume take the form of reinvested tax-deferred dividends or other return on investment. This is ⬛⬛⬛⬛ retirement account.

Part VII, line 24: The TIAA-CREF reported "gains" which I assume take the form of reinvested tax-deferred dividends or other return on investment. This is ⬛ ⬛ retirement account.

Part VII, lines 25-31: The 529A account listed on these lines is part of the American Funds College Enrollment plan, which is a college savings account. This account comprises three sub-accounts ⬛⬛⬛⬛ , as well as one Uniform Transfers to Minors Act (UTMA) account. We took seven distributions from these accounts to fund college tuition/room and board expenses ⬛⬛⬛ . One of these distributions cleared out the UTMA account. With respect to the reported gains and dividends, the American Funds 529A accounts historically declare and distribute capital gains and dividends at year end (in this case December 2019) based on balances at that time. The gains and dividends in our college savings account are automatically reinvested, again at year end.

Part VII, lines 36-52: These CB&T IRA Beneficiary accounts were created from assets received ⬛⬛⬛⬛⬛ These funds were temporarily held in the Wells Fargo account referenced in lines 55-56.

Part VII, lines 55-56: This Wells Fargo account was briefly utilized ⬛⬛⬛⬛⬛ . As of 12/31/2019 the account is closed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Scott W. Dales**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544